UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80998-CIV-RYSKAMP/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN KORMAN, et al.,

    Defendants.
_____/

## ORDER CORRECTING SCRIVENER'S ERROR

THIS CAUSE comes before the Court *sua sponte*. The May 7, 2008 **[DE 60]** Order Adopting Report and Recommendation and Denying Defendants John and Pamela Kormans' Motion to Dismiss contains an incorrect date in the text of the Order. The Order should be dated May 7, 2008 rather than April 5, 2008.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 7th day of July, 2008.

                                              S/Kenneth L. Ryskamp
                                              KENNETH L. RYSKAMP
                                              UNITED STATES DISTRICT JUDGE