UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80998-CIV-RYSKAMP/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN KORMAN,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    THIS CAUSE comes before the Court pursuant to the August 14, 2009 **[DE 154]** Report and Recommendation of United States Magistrate Judge Ann E. Vitunac on the United States' Motion for Summary Judgment, filed March 27, 2009 **[DE 140]**. John Korman filed Objections to the Report and Recommendation on August 24, 2009 **[DE 155]**.

    The Court has reviewed the Report and Recommendation, the Objections filed thereto, and has conducted a de novo review of the underlying record. It is hereby

    ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED, AFFIRMED and APPROVED. The United States' Motion for Summary Judgment, filed March 27, 2009 **[DE 140]**, is GRANTED. Final judgment shall be entered by separate order.

    DONE AND ORDERED in Chambers in West Palm Beach, Palm Beach County, Florida this 14th day of September, 2009.

                                            S/Kenneth L. Ryskamp
                                            KENNETH L. RYSKAMP
                                            UNITED STATES DISTRICT JUDGE